IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARHEA BENDER-MATHIS, | : |
|         Plaintiffs. | : |
| V | : Civil Action No. 23-208 Erie |
| THE CITY OF ERIE, | : |
| JOSEPH SCHMEMBER, Mayor of Erie | : |
| DAN SPINARZY, Chief of Police For The City of Erie | : |
| TIMOTHY S. BEVERIDGE, District Magistrate Judge | : |
| JASON TRIANA, Erie police Dept' Detective Sgt., | : |
|         Defendants, | : |
| individually and in their official capacities. | : |

FILED

AUG 11 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## MOTION FOR DEFAULT JUDGMENT

**AND NOW**, comes, Sharhea Bender-Mathis ("Plaintiff"), pro se, files this "Motion For Default Judgment".

Plaintiff submits the following in support:

1. On July 10, 2023 plaintiff filed a civil complaint.
2. The same day the federal district court, Susan Paradise Baxter, granted plaintiff's motion to proceed in forma pauperis, thus commencing the issuance of the complaints to the above captioned defendants.
3. On August 9, 2023, the defendants have yet to timely respond to the complaint.
4. Pursuant to Federal Rules of Civil Procedure ("F.R.Cv.P") rule 12 the defendants had 21 days upon receipt of the complaint to respond to the complaint, F.R.Cv.P. 12 (1)(A)(i).
5. Plaintiff submits that the record is devoid of any waiver of service pursuant to rule 4(d) of the F.R.Cv.P.
6. Plaintiff submits that the record is devoid of any appearance from counsel or at the very least an appearance from the defendants.
7. Plaintiff submits this violation warrants default judgment of the case against the defendants.

**WHEREFORE**, based upon the aforementioned, Plaintiff humble request that the court enter "default judgment" against the above named captioned defendant's.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHARHEA BENDER-MATHIS,** | : |
| Plaintiffs. | : |
| V | : Civil Action No. 23-208 Erie |
| **THE CITY OF ERIE,** | : |
| **JOSEPH SCHMEMBER, Mayor of Erie** | : |
| **DAN SPINARZY, Chief of Police For The City of Erie** | : |
| **TIMOTHY S. BEVERIDGE, District Magistrate Judge** | : |
| **JASON TRIANA, Erie police Dept' Detective Sgt.,** | : |
| Defendants, | : |
| individually and in their official capacities. | : |

# CERTIFICATE OF SERVICE

I, undersigned, hereby certify that a copy of this filing has been submitted to the following listed infra. via certified mail to:

Cc.

| The City of Erie | Joseph Schember | Dan Spinarzy | Thomas S. Beveridge |
|---|---|---|---|
| 626 State Street | 626 State Street | 626 State Street | 1571 West 38th Street |
| #1179 | #1179 | Erie, Pa. 16501 | Erie, Pa. 16508 |
| Erie, Pa. 16501 | Erie, Pa. 16501 | | |

| Jason Triana | Federal Clerk of Courts |
|---|---|
| 626 State Street | 17 South Park Row |
| Erie, Pa. 16501 | Erie, Pa. 16501 |

Respectfully submitted,

*Sharhea Bender-marhis*

Sharhea Bender-marhis  
Pro se Litigant  
858 East 24th Street  
Erie, Pa. 16503  
814-923-8130  
Sharhea32bender@gmail.com

Date: August 11, 2023