IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHARHEA BENDER-MATHIS, :
          Plaintiffs. :
      V : Civil Action No. 23-208 Erie
THE CITY OF ERIE, :
JOSEPH SCHMEMBER, Mayor of Erie :
DAN SPINARZY, Chief of Police For The City of Erie :
TIMOTHY S. BEVERIDGE, District Magistrate Judge :
JASON TRIANA, Erie police Dept' Detective Sgt., : COMPLAINT
          Defendants, :
individually and in their official capacities. :

RECEIVED
JUL 1 0 2023
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983, and/or any and all applicable laws warranting redressability, to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3) and/or any applicable law. Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Western District of Pennsylvania is an appropriate venue under 28 U.S.C. section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## II. PLAINTIFF.

3. Sharhea Bender-Mathis (Plaintiff"), was and is, at all times mentioned herein a citizen of the United States and longtime resident of the city of Erie, Pennsylvania.

## III. DEFENDANTS

5. Defendant the City of Erie is a local municipality, in the County of Erie, Pennsylvania who, at all times mentioned herein, is overseen by its chief executive officer, the Mayor.
6. Defendant Joseph Schmember ("Schmember") is the Mayor of the city of Erie who, at all times mentioned herein, is the city's "chief executive officer", responsible for the orderly running of the city of Erie, specifically, "The Erie Police Department".
7. Defendant Dan Spinarzy ("Spinarzy"), at all times mentioned herein, is the Chief of Police for the city of Erie, who is responsible for overseeing the orderly running of the city of Erie's police officers.
8. Defendant Timothy S. Beveridge, ("Beveridge"), at all times mentioned herein, is a District Magistrate Judge ("DMJ"), who is responsible for the issuance of criminal complaints in the city of Erie.
9. Defendant Jason Triana ("Triana"), at all times mentioned herein, is the Sgt. of the Erie Police Dept's ("EPD") Narcotics Division who is responsible for investigating and arresting individuals suspected of a crime and is responsible for filing the criminal complaint.
10. Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

## IV. FACTS

11. Plaintiff incorporates by reference averments 1-10 .

12. On April 20, 2022, Plaintiff had been unlawfully searched and seized by EPD pursuant the execution of two *alleged* search Search Warrant(s) ("SW") filed by defendant Triana.

13. As a result of the warrants' execution, a Criminal Complaint was issued for the arrest of plaintiff by defendant DMJ-Beveridge.

14. Subsequently, resulting in plaintiff losing her home and having an unwarranted restraint placed upon her life, limb, and liberty.

14. On April 21, 2022, plaintiff secured bail/bond after being held at the Erie County Prison for a day.

15. On January 4, 2023, plaintiff's case was dismissed before DMJ, Edward Wilson, at Central Court in the Erie County Courthouse pertaining the Criminal Complaint that issued as a result of the SW's issuance.

16. Plaintiff submits the restraint that had been placed upon her life, limb, and liberty, as a result of the SWs and complaint issued, were in violation of her constitutionally protected rights stemming from a custom unofficially adopted and practiced by the EPD in the areas of criminal investigations and arrests.

## V. LEGAL CLAIMS

17. Plaintiff reallege and incorporate by reference paragraphs 1-17.

18. Defendant Triana's filing of the search warrants when plaintiff had not violated any of the laws of the Commonwealth of Pennsylvania constituted an unlawful search and seizure without the existence of probable cause violating Plaintiff's rights under the Fourth Amendment to the United States Constitution causing Plaintiff pain, suffering, and emotional distress.

19. Defendant Triana's filing of the Criminal Complaint resulting in the arrest of plaintiff when plaintiff had not violated any of the laws of the Commonwealth of Pennsylvania constituted an unlawful seizure without probable cause violating Plaintiff's rights under the Fourth Amendment to the United States Constitution causing Plaintiff pain, suffering, and emotional distress.

20, Defendant Triana's filing of the Criminal Complaint resulting in the arrest of plaintiff when plaintiff had not violated any of the laws of the Commonwealth of Pennsylvania resulted in the unlawful imprisonment of plaintiff violating her rights under the Fourth Amendment to the United States Constitution causing Plaintiff pain, suffering, and emotional distress

20. Defendant Beveridge's issuance of the criminal complaint when plaintiff had not violated any of the laws of the Commonwealth of Pennsylvania constituted an unlawful seizure without probable cause.

22. Defendant Beveridge's issuance of the criminal complaint violated plaintiff's constitutionally protected rights by unlawfully imprisoning her as a result of the complaint's filing in violation of the Fourth Amendment to the United States constitution.

23. Defendant Beveridge's issuance of the criminal complaint placed an unwarranted restraint upon the life, limb, and liberty of plaintiff in the form of bail and unlawful incarceration constituting cruel and unusual punishment in violation of the Eighth Amendment.

24. Defendant the City of Erie, via it's Chief Executive Officer, Defendant Schmember, and it's Chief of Police, Defendant Spinarzy, have violated the principles of Monell[1] by displaying deliberate indifference towards the constitutionally protected rights of plaintiff and the citizens of Erie, Pa. by maintaining an "unofficially adopted custom" that amounts to the entrenched deliberate misconduct of the Erie police and their disregard for the constitutionally protected rights of those whom they come in contact with.

25. Plaintiff Bender-Mathis has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

---

[1] Monell v Dept' of Soc. Servs., 436 U.S. 658 (1978).

## VI. PRAYER FOR RELIEF

**WHEREFORE**, plaintiff respectfully prays that this court enter judgment:

26. Granting Plaintiff a declaration that the acts and omissions described herein violate her rights under the Constitution and laws of the United States, and;

27. A preliminary and permanent injunction ordering defendants to cease practice of their entrenched unconstitutional misbehaviors as well as the unofficially adopted custom practiced by the city of Erie.

28. Granting Plaintiff compensatory damages in the amount of $50,000 against each defendant, jointly and severally totalling $250,000.

29. Plaintiff seeks punitive damages in the amount of $150,000. Plaintiff seeks these damages against each defendant, jointly and severally totalling $750,000.

30. Plaintiff also seek a jury trial on all issues triable by jury,

31. Plaintiff also seek recovery of her costs in this suit, and

32. Any additional relief this court deems just, proper, and equitable.

Respectfully submitted,

*/s/ Sharhea Bender-marhis*

Sharhea Bender-marhis

Pro se Litigant

858 East 24th St
Erie PA 16503
814-923-8130

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed on: July 10, 2023

*Sharhea Binder-Months* (signature)