IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHARHEA BENDER-MATHIS, :
        Plaintiffs, :
    V : Civil Action No. 23-208 Erie
      :
THE CITY OF ERIE, et. al. :
        Defendants.

FILED

DEC 01 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## MOTION FOR DEFAULT JUDGMENT

    **AND NOW**, comes, Sharhea Bender-Mathis ("Plaintiff"), pro se, files this "Motion For Default Judgment".

    Plaintiff submits the following in support:

1. On July 10, 2023 plaintiff filed a civil complaint. D.E. at 1.
2. On October 13, 2023, counsel for defendants, Francis D. Wymard, entered an appearance on the record on October behalf of defendants The City of endErie, it's Mayor and cheif of police – Joseph Schmeber and Dan Spinarzy and EPD Det Sgt. Jason Triana, D.E. at 19.
3. On October 24, 2023, the defendants filed a "Motion to Dismiss" accompanied by a brief in support where the defendants placed the burden on plaintiff to prove that probable cause did not exist D.E. at 22 and 23.
4. On October 30, 2023, the court entered an order instructing plaintiff to respond by November 20, 2023, and defendant's to respond by November 27, 2023 D.E. at 25.
5. On November 20, 2023, plaintiff filed a Motion in opposition accompanied by a brief in support emphatically and conscientiously set forth "WHY" probable cause did not exist D.E. at 27 and 28.
6. Subsequently, the defendants have failed to reply to Plaintiff's motion in opposition silently acquiescing to Plaintiff's legal position on the basis and or issue of probable cause.
7. Plaintiff submits this violation warrants default judgment of the case against the defendants.

    **WHEREFORE**, based upon the aforementioned, Plaintiff humble request that the court enter "default judgment" against the above named captioned defendant's.

Respectfully submitted,

*[signature]*

Sharhea Bender-marhis
Pro se Litigant
858 East 24th Street
Erie, Pa. 16503
814-923-8130
Sharhea32bender@gmail.com

Date: December 1, 2023

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHARHEA BENDER-MATHIS,
          Plaintiffs.
    V
THE CITY OF ERIE, et. al.
          Defendants.

: Civil Action No. 23-208 Erie

### CERTIFICATE OF SERVICE

I, hereby certify, that on December 1st, 20223, I hand delivery the following Motion for default judgement to the Clerk of Court, which will send notifications of such filing to the following:

Federal Clerk of Court
17 South Park Row
Erie Pa 16501

Francis D. Wymard, Esquire
PA I.D. #94749
P.O. Box 2903
Hartford, CT 06104-2903
Fwymard@travelers.com

Jennifer M. Herrmann
PA 209512
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
Phone: 215-560-6326
Fax: 215-5605486
Legaldepartment@pacourts.us
Attorney for Honorable Timothy S. Beveridge

Respectfully submitted
*Sharhea Bender Mathis*

Sharhea Bender-Mathis

Pro Se Litigant

858 East 24th Street

Erie PA, 16503

814-923-8130

Sharhea32bender@gmail.com